```
Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone:(559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com
```

Attorney for Defendant SALVADOR FUENTES-HERRERA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>        Plaintiff, )<br>  )<br> vs.  )<br>  )<br> VALDEMAR FUENTES-HERRERA, and )<br> SALVADOR FUENTES-HERRERA   )<br>  )<br>        Defendants. )<br> _____) | CASE NO. CR-F-07-00188 LJO<br><br>STIPULATION TO CONTINUE<br>STATUS CONFERENCE HEARING,<br>AND [PROPOSED] ORDER THEREON<br><br><br><br><br>DATE:   September 7, 2007<br>TIME:   9:00 a.m.<br>JUDGE:  Lawrence J. O'Neill |

**<u>STIPULATION</u>**

It is hereby stipulated by and between the parties hereto that the status conference hearing in the above entitled matter now set for August 24, 2007, may be continued to September 7, 2007 at 9:00 a.m.

The reason for this continuance is to accommodate all counsels' schedules. Counsel for Salvador Fuentes-Herrera is currently set for hearing in Wasco on August 24, 2007, for another matter.

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(8)(A) and (B) in that the ends of justice

---

U.S. vs. Fuentes-Herrera                                            Stipulation/Proposed Order
Case No. 07-00188 LJO

served by the continuance outweigh the best interest of the public and the defendant in a speed trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: August 13, 2007    FLETCHER & FOGDERUDE, Inc.

/s/ Eric K. Fogderude
ERIC K. FOGDERUDE
Attorney for Defendant,
SALVADOR FUENTES-HERRERA

Dated: August 13, 2007    McGREGOR W. SCOTT
United States Attorney

/s/ Kevin P. Rooney
Assistant US Attorney

Dated: August 13, 2007    DANIEL J. BRODERICK
Federal Defender

/s/ Eric Kirsten
Assistant Federal Defender
Attorney for Defendant
VALDEMAR FUENTES-HERRERA

**ORDER**

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161, subd.(h)(8)(A) and (B). For the above stated reasons, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial. Therefore, the court grants the stipulation that the hearing be continued to September 7, 2007 at 9:00 a.m.

DATED: August 15, 2007    /s/ Lawrence J. O'Neill
LAWRENCE J. O'NEILL, Judge
United States District Court
Eastern District of California